UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROY RASHAD WELLS, | CASE NO. C22-1405JLR |
| Plaintiff, | SHOW CAUSE ORDER |
| v. | |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Roy Rashad Wells's proposed complaint. (Prop. Compl. (Dkt. # 1 (sealed)).) On October 3, 2022, the court notified Mr. Wells that his proposed complaint was deficient and instructed him to either pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP") to the court by November 2, 2022. (*See* Notice (Dkt. # 2) (directing Mr. Wells to also file a civil cover

//

//

//

SHOW CAUSE ORDER - 1

sheet and redacted versions of his proposed complaint and exhibits).)  To date, Mr. Wells has neither filed an IFP application nor paid the $402 filing fee.[1]  (*See generally* Dkt.[2])

Accordingly, Mr. Wells is ORDERED to show cause why his case should not be dismissed.  Mr. Wells must respond to this show cause order by November 11, 2022.  Alternatively, Mr. Wells may, before November 11, 2022, either pay the $402 filing fee or submit an IFP application.  Failure to timely respond will result in dismissal of this action without prejudice.

Dated this 2nd day of November, 2022.

JAMES L. ROBART
United States District Judge

---

[1] Because Mr. Wells has not yet cured the above-mentioned deficiencies, the court has not filed his proposed complaint and this action has not yet commenced. (*See generally* Dkt.; Prop. Compl.)

[2] However, Mr. Wells did, in accordance with the court's October 3, 2022 letter, file a civil cover sheet and redacted versions of his proposed complaint and exhibits. (*See* Prop. Civil Cover Sheet (Dkt. # 3); Prop. Redacted Compl. & Exhibits (Dkt. # 4).)