UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROY RASHAD WELLS,<br><br>          Plaintiff,<br><br>   v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>          Defendant. | CASE NO. C22-1405JLR<br><br>ORDER |

On November 2, 2022, the court notified *pro se* Plaintiff Roy Rashad Wells that he had failed to timely pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP"). (*See* Show Cause Order (Dkt. # 5); *see also* Deficiency Notice (Dkt. # 2); Dkt.) Therefore, the court ordered Mr. Wells to show cause why his case should not be dismissed. (Show Cause Order at 2.) Alternatively, the court stated that Mr. Wells could discharge the show cause order by, "before November 11, 2022, either pay[ing] the $402 filing fee or submit[ing] an IFP application." (*Id*.) The court warned

//

ORDER - 1

Mr. Wells that his failure to timely respond to the court's show cause order would "result in dismissal of this action without prejudice." (*Id.*)

The November 11, 2022 deadline has now passed, and Mr. Wells has neither responded to the court's show cause orders nor cured the deficiencies identified therein. (*See generally* Dkt.) Accordingly, the court DISMISSES this action WITHOUT PREJUDICE.

Dated this 14th day of November, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2